*Certiorari Granted.* (*See also No. 474, ante, p. 368, and No. 283, supra.*)

No. 473. UNITED STATES *v.* WITTEK. United States Court of Appeals for the District of Columbia Circuit. Certiorari granted. *Solicitor General Perlman* for the United States. *Ward B. McCarthy* for respondent. ▮

*Certiorari Denied.*

No. 523. T. M. DUCHE & SONS, INC. *v.* UNITED STATES. United States Court of Customs and Patent Appeals. Certiorari denied. *Albert MacC. Barnes* and *J. Bradley Colburn* for petitioner. *Solicitor General Perlman, Assistant Attorney General Edelstein* and *John R. Benney* for the United States. ▮

No. 524. COSBY *v.* HARTS ET AL. C. A. 7th Cir. Certiorari denied. *B. Lacey Catron* for petitioner. *Hugh J. Graham, Jr.* for respondents. ▮

No. 539. PAINTER, ADMINISTRATRIX, ET AL. *v.* SOUTHERN TRANSPORTATION Co. C. A. 4th Cir. Certiorari denied. *Abraham E. Freedman* for petitioners. *Leon T. Seawell* for respondent. ▮

No. 545. SEABOARD AIR LINE RAILROAD Co. *v.* HINTON ET AL. C. A. 4th Cir. Certiorari denied. *James B. McDonough, Jr.* and *W. R. C. Cocke* for petitioner. *Joseph C. Waddy* and *Charles H. Houston* for respondents. ▮

*Rehearing Denied.*

No. 7. JUNGERSEN *v.* OSTBY & BARTON Co. ET AL.;
No. 8. OSTBY & BARTON Co. ET AL. *v.* JUNGERSEN; and